# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC CONNER,

     Plaintiff,

                                              Case No.  19-cv-921-bbc

  v.

HEATHER SCHWENN, ANTHONY
BROADBENT, TOMAS BELZ, GARY
BOUGHTON, MARK KARTMAN,
JIM SCHWOCHERT, PETER JAEGER,
ELLEN RAY, BRAD HOMPE, CINDY
O'DONNELL AND ANDREW HULCE,

     Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.


| s/ | 2/21/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |