United States District Court
Western District Of Wisconsin

Eric D. Conner,
    Plaintiff,

v.

Heather Schoenn, et al.,
    Defendants.

Notice Of Appeal

(Case No. 19-CV-921-bbc)

---

    Notice is given that the plaintiff, Eric D. Conner, appeals to the United States Court of Appeals For the Seventh Circuit from the Final Judgments entered in this action on February 21, 2020 & April 27, 2020.

    Dated and signed this 29th day of April, 2020. Boscobel, Wisconsin.

Wisconsin Secure Program Facility
WSPF
P.O. Box 1000
Boscobel, WI 53805-1000

Eric Conner
#420475
Pro Se litigant